UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

FRANK CHIN,                                    :
                                               :
                        Plaintiff,             :        **ORDER**
                                               :
        -against-                              :        03-CV-3894 (DLI)(AKT)
                                               :
ABN-AMRO NORTH AMERICA, INC.,                  :
                                               :
                        Defendant.             :

-------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

        On September 29, 2006, U. S. Magistrate Judge A. Kathleen Tomlinson issued a Report and Recommendation ("R&R"), recommending that defendant's motion for summary judgment be granted in its entirety and the complaint be dismissed. Pursuant to Fed. R. Civ. P. 72, plaintiff had until October 13, 2006 to object to Judge Tomlinson's R&R. On October 12, 2006, plaintiff requested an extension of time to file objections, from October 13 to October 23, 3006. Plaintiff's request was granted. However, no objections have been filed.

        Therefore, no objections to the R&R of Judge Tomlinson dated September 29, 2006 having been filed , and, upon due consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

        ORDERED that defendant's motion for summary judgement is granted and plaintiff's complaint is dismissed in its entirety.


SO ORDERED

DATED:        Brooklyn, New York
              October 25, 2006


                                _____/s/_____
                                        DORA L. IRIZARRY
                                    United States District Judge